**Larry Keith EASTER, Petitioner–
Appellant,**

v.

**Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.**

**No. 01–7098.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 31, 2001.

Decided Dec. 12, 2001.

Larry Keith Easter, pro se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Larry Keith Easter seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Easter v. Angelone,* No. CA–00–242, (E.D. Va. June 6, 2001). We grant Easter's motion for leave to proceed in forma pauperis and deny his motions for appointment of counsel and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*